Eric Sapir (SBN 282740)
es@ericsapirlaw.com
LAW OFFICE OF ERIC SAPIR
11040 Santa Monica Blvd., Suite 404
Los Angeles, CA 90025
Tel: 424-384-1650
Fax: 424-384-1651

Attorney for Plaintiff
NATALIE SANTIAGO

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE SANTIAGO,<br><br>        Plaintiff,<br><br>v.<br><br>KEY AUTO RECOVERY; EQUITABLE SERVICES INC.; and SILGAN WHITE CAP CREDIT UNION,<br><br>        Defendants. | Case No. 2:17-cv-00005-MRW<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

///

- 1 -
_____
NOTICE OF CONDITIONAL SETTLEMENT

**TO THE COURT:**

Pursuant to Local Rule 16-15.7, plaintiff hereby notifies the Court that the parties have reached a settlement of this entire action. The settlement is conditional and should be completed within the next 45 days. Plaintiff respectfully requests that the Court allow 60 days for plaintiff to file a stipulation of dismissal, and that the Court vacate all dates in this action pending the anticipated dismissal.

Dated: February 8, 2018                     LAW OFFICE OF ERIC SAPIR


                                             By:     /s/ Eric Sapir
                                                  Eric Sapir
                                                  Attorney for Plaintiff
                                                  NATALIE SANTIAGO

NOTICE OF CONDITIONAL SETTLEMENT