JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE SANTIAGO, | Case No. 2:17-cv-00005-RGK-GJS |
| Plaintiff, | [**PROPOSED**] |
| v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| KEY AUTO RECOVERY; EQUITABLE SERVICES INC.; and SILGAN WHITE CAP CREDIT UNION, | |
| Defendants. | |

The parties, having filed a stipulation agreeing to dismiss the entire action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

///

///

///

- 1 -

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY ORDERED:

1. This action is dismissed in its entirety, with prejudice; and

2. Each party shall bear his/her/its own costs of suit and attorneys' fees.



Dated:  February 23, 2018  _____

Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE